**Order entered August 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00453-CV

**PRISCILLA BOUIE, Appellant**

**V.**

**KIRKLAND'S STORES, INCORPORATED, Appellee**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-00666-2011**

## ORDER

We received appellant's principal brief on February 4, 2013. After we gave her notice that the brief was defective in several respects, appellant filed an amended brief on February 21. Appellee then filed its brief on March 1. Appellant sought an extension of time to file her reply brief, and we extended her deadline to April 21. On April 22, she filed another motion for extension of time, seeking a ninety-day extension of time to file "Petitioner's Brief on the Merits" on or before July 22. We construe this motion as a motion for extension of time to file a reply brief.

Appellant did not file a reply brief within the ninety-day time period she requested in her motion. Accordingly, appellant's April 22, 2013 Motion for Extension of Time to File Petitioner's Brief on the Merits is **DENIED**.

/s/     KERRY P. FITZGERALD
        JUSTICE